**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01985-AP

BRIAN J. HUND,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
Christopher R. Alger, Esq.
1401 17th St., Ste. 300
Denver, CO 80202
Telephone (303) 426-4878
E-mail: calger@mcdivittlaw.com

For Defendant:
JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

THAYNE WARNER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: (303) 844-7237
thayne.warner@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

| | | |
|---|---|---|
| A. | **Date Complaint Was Filed:** | July 30, 2012 |
| B. | **Date Complaint Was Served on U.S. Attorney's Office:** | August 6, 2012 |
| C. | **Date Answer and Administrative Record Were Filed:** | October 5, 2012 |

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Defendant requests a due date one week later than the calculated date because of existing scheduling conflicts with other briefs. As such, Plaintiff's due dates have also been set back one week. Plaintiff does not object to the modified dates.

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief Due:** | December 11, 2012 |
| B. | **Defendant's Response Brief Due:** | January 10, 2013 |
| C. | **Plaintiff's Reply Brief (If Any) Due:** | January 25, 2013 |

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.
B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 25th day of October, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| /s/ Christopher R. Alger<br>McDivitt Law Firm<br>1401 17ty Street, Suite 300<br>Denver. CO 80202<br>Telephone (303) 426-4878<br>E-mail: calger@mcdivittlaw.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>J.B.Garcia@usdoj.gov<br><br>By: /s/ M. Thayne Warner<br>M. Thayne Warner<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>Telephone: (303) 844-7237<br>thayne.warner@ssa.gov<br>Attorneys for Defendant |